No. 95-9024.   THOMAS v. CAIN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 95-9026.   MOURADIAN v. MICHIGAN ATTORNEY DISCIPLINE BOARD.   C. A. 6th Cir.   Certiorari denied.

No. 95-9027.   MOGHAL v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 95-9028.   MURRELL v. UNIVERSITY OF SOUTH CAROLINA. Ct. App. S. C.   Certiorari denied.

No. 95-9029.   PADILLA v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 95-9032.   KHALIL v. CARROLL, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 95-9034.   McDUFF v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 95-9036.   ROSS v. COMMUNICATION WORKERS OF AMERICA, LOCAL 1110.   C. A. 2d Cir.   Certiorari denied.

No. 95-9037.   SANCHEZ v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 95-9039.   PONCE-PARTIDA v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 95-9040.   VALENCIA ROMERO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 95-9042.   MADDOX v. ODOM ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 95-9044.   CARPENTER v. CHAPLEAU, WARDEN, ET AL. C. A. 6th Cir.   Certiorari denied.

No. 95-9046.   LAZICH v. BURROWS, JUDGE, SUPREME COURT OF NEW YORK, 9TH JUDICIAL DISTRICT.   C. A. 2d Cir.   Certiorari denied.

No. 95-9049.   WILLIAMS v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.